# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| V. | (For **Revocation** of Probation or Supervised Release) |
| SYLVESTER TAYLOR, JR. | Case Number: 8:95-CR-50-T-24TGW |
| _____/ | USM Number: 21156-018 |

                                                         Dionja Dyer, AFPD
                                                      Defendant's Attorney

**THE DEFENDANT:**

__X__ admitted guilt to violation of condition One of the terms of supervision. See below.

_____ was found in violation of condition after denial of guilt. See below

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| One | New conviction for conduct, Possession of Marijuana, Not More than 20 Grams, occurring On November 2, 2006 while on Supervision in violation Of conditions of Supervision | November 2, 2006 |

     The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

                                          Date of Imposition of Judgment: August 22nd, 2007

                                          */s/ Susan C. Bucklew*
                                          SUSAN C. BUCKLEW
                                          UNITED STATES DISTRICT JUDGE

                                          Date ____August 22nd, 2007____

DEFENDANT: SYLVESTER TAYLOR, JR.  Judgment - Page __2__ of __2__
CASE NUMBER: 8:95-CR-50-T-24EAJ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of *TEN (10) MONTHS WITH NO TERM OF SUPERVISED RELEASE TO FOLLOW.*

\_\_\_\_\_ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

\_\_\_\_\_ The defendant shall surrender to the United States Marshal for this district:

     \_\_\_ at _____ a.m.   p.m. on _____.

     \_\_\_ as notified by the United States Marshal.

\_\_\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     \_\_\_ before 2 p.m. on _____.

     \_\_\_ as notified by the United States Marshal.

     \_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL